BEFORE THE THIRD DIVISION, MAY 31, 1940

No. 43816.—Protest 997184–G of William L. Bane & Co. (New York).

Opinion by CLINE, J. The evidence established that the table in question is an artistic antiquity produced prior to the year 1830 and that the replacement of the leather on the top of the table and the drawer pulls or handles on the drawers constitute minor repairs. In accordance therewith the claim for free entry under paragraph 1811 was sustained.